```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3032 |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO PERALES, and JESSICA YVONNE SERVIN, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. An evidentiary hearing on defendants' motions to suppress, filings 21, 22, and 34, will be held before the undersigned on **May 13, 2005** beginning at **12:00 noon** in Courtroom #2, United States Courthouse, Lincoln, Nebraska

2. Copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least two working days prior to the hearing.

3. The trial of this case, as pertains to ALL defendants, is continued until further order of the court following resolution of outstanding motions.

DATED this 28th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge