IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                           ) | 4:05CR3032 |
|                   Plaintiff,      ) | |
|                                           ) | |
|                        vs.           ) | |
|                                             ) | |
| RICARDO PERALES,                   ) | ORDER |
| SILVANO MICHEL,                     ) | |
| JESSICA YVONNE SERVIN,          ) | |
|                                            ) | |
|                   Defendants.   ) | |

This matter comes before the Court on the plaintiff's Motion for Extension of Time, filing 40. The Court, being duly advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED,

The plaintiff is given until May 9, 2005 to file its brief opposing the motions to suppress filed by the defendants.

Dated this 3rd day of May, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge