IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:05CR3032 |
| Plaintiff, ) | |
| vs. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| RICARDO PERALES, ) | |
| SILVANO MICHEL, ) | |
| JESSICA YVONNE SERVIN, ) | |
| ) | |
| Defendants. ) | |

On the day scheduled for the hearing on the defendants' motions to suppress evidence, the court was advised by counsel that the parties were nearing the final stages of negotiating resolutions of the charges pending against the defendants. On that information, the court agreed to schedule the defendants for plea proceedings. Accordingly,

IT IS ORDERED:

1. The hearing on the motions to suppress evidence, filings 21, 22, 34 and 39, is cancelled.

2. On or before June 7, 2005 at 5:00 p.m. defense counsel will notify the office of the undersigned that the defendants have or have not reached plea agreements.

IT IS FURTHER ORDERED that:

1. This case is removed from the trial docket based upon the requests of the defendants.

2. A hearing on defendant Perales' anticipated plea of guilty is scheduled before Magistrate Judge Piester on the 13th day of July, 2005, at the hour of 10:30 a.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

   A hearing on defendant Michel's anticipated plea of guilty is scheduled before Magistrate Judge Piester on the 13th day of July, 2005, at the hour of 11:30 a.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

   A hearing on defendant Servin's anticipated plea of guilty is scheduled before Magistrate Judge Piester on the 13th day of July, 2005, at the hour of 11:00 a.m., in Courtroom No. 2,

     United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3.    On or before the date set for the plea proceedings, counsel for plaintiff and for defendants shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

4.    For all defendants, the time between today's date and the hearings on the anticipated pleas of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Dated: May 16, 2005.

                                      BY THE COURT:

                                      s/ *David L. Piester*
                                      United States Magistrate Judge