```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )         4:05CR3032
     v.                        )
                               )
RICARDO PERALES,               )
SILVANO MICHEL and             )         ORDER
JESSICA YVONNE SERVIN,         )
                               )
          Defendant.           )
                               )
```

On the court's own motion,

IT IS ORDERED,

1. The evidentiary hearing on defendants' motions to suppress evidence, filings 21, 22, 34 and 39, is continued from July 27 to August 26, 2005 at 9:30 a.m. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The hearing is scheduled for a duration of six hours. In the event counsel believe additional time is or may be necessary, they should contact my courtroom deputy as soon as practicable.

2. Copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least two working days prior to the hearing.

DATED this 19th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge