```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3032 |
| v. ) | |
| ) | |
| RICARDO PERALES, ) | |
| SILVANO MICHEL and ) | ORDER |
| JESSICA YVONNE SERVIN, ) | |
| ) | |
| Defendants. ) | |

On the court's own motion,

IT IS ORDERED:

The time of the suppression hearing on October 25, 2005 is changed from 11:00 a.m. to **1:00 p.m.**

DATED this 3rd day of October, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge