IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3032 |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO PERALES, SILVANO MICHEL, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Upon the court's own motion,

IT IS ORDERED:

The time of the suppression hearing on October 25, 2005 is changed from 1:00 p.m. to 1:30 p.m.

DATED this 11th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge