```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )       4:05CR3032
                               )
        v.                     )
                               )
RICARDO PERALES, SILVANO       )       ORDER
MICHEL,                        )
                               )
             Defendants.       )
                               )
```

Upon the court's own motion,

IT IS ORDERED:

The time of the suppression hearing on October 25, 2005 is changed from 1:00 p.m. to 1:30 p.m.

DATED this 11th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge