IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3032 |
| | ) | |
| v. | ) | |
| | ) | |
| SILVANO MICHEL, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon defendant Michel's oral request to withdraw his motion to suppress and his request to set this case for trial,

IT IS ORDERED:

1. Defendant Michel's motion to suppress, filing 39, and his motion to file an amended motion to suppress, filing 76, are denied as moot.

2. The defendant Michel's trial is set to commence at 9:00 a.m. on November 14, 2005 for a duration of three trial days before the Honorable Richard G. Kopf. Jury selection will be at the commencement of trial.

3. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and November 14, 2005 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(a).

DATED this 27th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge