```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3032 |
| v. ) | |
| ) | |
| SILVANO MICHEL, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

1. The parties' joint oral motion to continue is granted and the change of plea hearing is continued from December 19, 2005 to January 13, 2006 at 1:00 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

3. Defendant shall appear at the hearing.

DATED this 13th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge